AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Terry Tindal <br><br> *Plaintiff(s)* <br> v. <br> Defense Tax Group Inc.; <br> Reliance Medical Finance, LLC; <br> Christopher Martin Solton <br><br> *Defendant(s)* | Civil Action No. 8:19-cv-2907-T-30JSS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Reliance Medical Finance, LLC
12121 Wilshire Boulevard, Suite 207
Los Angeles, California, 90025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Attorney Nicholas Michael Murado \\ Murado Law, P.A.
2010 S.W. 99th Avenue, Miramar, Florida, 33025
754-816-2196 \\ muradolaw@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Dec 02, 2019

Melanie Bowman
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| Terry Tindal | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 8:19-cv-2907-T-30JSS |
| Defense Tax Group Inc.; | ) | |
| Reliance Medical Finance, LLC; | ) | |
| Christopher Martin Solton | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Reliance Medical Finance, LLC, care of it's Registered Agent

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Attorney Nicholas Michael Murado \\ Murado Law, P.A.
2010 S.W. 99th Avenue, Miramar, Florida, 33025
754-816-2196 \\ muradolaw@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Dec 02, 2019

Melanie Bowman
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Terry Tindal <br><br> _Plaintiff(s)_ <br> v. <br><br> Defense Tax Group Inc.; <br> Reliance Medical Finance, LLC; <br> Christopher Martin Solton <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 8:19-cv-2907-T-30JSS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Defense Tax Group Inc.
12121 Wilshire Boulevard, Suite 207
Los Angeles, California, 90025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Attorney Nicholas Michael Murado \\ Murado Law, P.A.
2010 S.W. 99th Avenue, Miramar, Florida, 33025
754-816-2196 \\ muradolaw@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Dec 02, 2019   _Melanie Bowman_
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Terry Tindal <br><br> *Plaintiff(s)* <br> v. <br> Defense Tax Group Inc.; <br> Reliance Medical Finance, LLC; <br> Christopher Martin Solton <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 8:19-CV-2907-T-30JSS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Defense Tax Group Inc., care of it's Registered Agent:

CHRIS MARTIN SOLTON
12121 WILSHIRE BLVD, 1240
LOS ANGELES CA 90025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Attorney Nicholas Michael Murado \\ Murado Law, P.A.
2010 S.W. 99th Avenue, Miramar, Florida, 33025
754-816-2196 \\ muradolaw@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __Dec 02, 2019__          *Melanie Bowman*
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| Terry Tindal | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 8:19-cv-2907-T-30JSS |
| Defense Tax Group Inc.; | ) | |
| Reliance Medical Finance, LLC; | ) | |
| Christopher Martin Solton | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Christopher Martin Solton

    12121 WILSHIRE BLVD, 1240
    LOS ANGELES CA 90025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Attorney Nicholas Michael Murado \\ Murado Law, P.A.
                                          2010 S.W. 99th Avenue, Miramar, Florida, 33025
                                          754-816-2196 \\ muradolaw@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   Dec 02, 2019                                         Melanie Bowman
                                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| Terry Tindal | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 8:19-cv-2907-T-30JSS |
| Defense Tax Group Inc.;<br>Reliance Medical Finance, LLC;<br>Christopher Martin Solton | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Christopher Martin Solton

12121 Wilshire Boulevard, Suite 207
Los Angeles, California, 90025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Attorney Nicholas Michael Murado \\ Murado Law, P.A.
2010 S.W. 99th Avenue, Miramar, Florida, 33025
754-816-2196 \\ muradolaw@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Dec 02, 2019

*Melanie Bowman*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| Terry Tindal<br><br>*Plaintiff(s)*<br>v.<br>Defense Tax Group Inc.;<br>Reliance Medical Finance, LLC;<br>Christopher Martin Solton<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 8:19-cv-2907-T-30 JSS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Christopher Martin Solton

124 Montana Avenue
Santa Monica, California, 90403

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Attorney Nicholas Michael Murado \\ Murado Law, P.A.
2010 S.W. 99th Avenue, Miramar, Florida, 33025
754-816-2196 \\ muradolaw@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Dec 02, 2019

*Melanie Bowman*
*Signature of Clerk or Deputy Clerk*