1-7-19

Response to Jury Trial Case # CV-02907-JSM-JSS

Issue 1 with lawsuit

Mr. & Mrs. Tindal entered into a retail installment agreement on July 7, 2007. The contract is a legal binding contract under Florida law. The contract was notarized and signed by both Amy & Terry Tindal. On page six of the contract, Mr. Terry individually acknowledged, signed, and agreed to any issue arising from the contract would be under California law and heard in a Los Angeles County Court. The contract clearly waives any right to sue on any issue arising from any aspect of the contract including collections outside of Los Angeles County.  I have included a copy of the signed and notarized contract.

Issue 2 with Lawsuit

There is an outstanding small claims court case between Tindal and Reliance (RFC), which was extended from Dec 31st to March 3rd in a Superior Court Los Angeles Courthouse to allow Mr. Tindal time to respond to the defaulted loan. There are no more continuances and the case number is 19SMSC03215.

Issue 3 with lawsuit

Defense Tax Group is a California corporation that has no relationship, agreement or business with Mr. Tindal. Defense Tax has never had any relationship with Mr. Tindal.  Defense Tax has never been in contact or performed any service for Mr. Tindal. Mr. Chris Solton does not own Defense Tax Group. We request Defense tax be dropped from any claims by Mr. Tindal in Florida.

Issue 4 with lawsuit

Mr. Chris Solton has not entered Florida or has anything to do with Mr. Tindal, except to try and collect on a debt owed to Reliance. Mr. Tindal has been verbally abusive and past due making sporadic payments on the debt. That said there was never a cease a desist or request to stop contact. I have no personal contract or agreement with Mr. Tindal. I should not be named in this suit or requested to fly to Florida to defend this lawsuit.

The basic facts are as follows; Mr. & Mrs. Tindal defaulted on a loan and now are trying to sue a company that has no relevance with his contract. He is suing an individual who was trying to collect on a debt, and he is suing the company he defaulted his loan with.

Chris Solton

RFC

12121 Wilshire Blvd Suite 207  LA CA 90025