
Reliance

Page 2 of 8

# NOTICE
## Amy & Terry Tindal
## Please Read Carefully!

To ensure the accuracy of the information on your Retail Installment Contract for Physician Services, we strongly urge you to carefully review it prior to signing that legally binding agreement. If you question the accuracy of the information, please DO NOT sign that contract! Request that the information be clarified or, if necessary, corrected and a new contract created. For your convenience we have reproduced the most critical contract terms just below:

| | |
|---|---|
| Seller (Creditor): | Dr. Edward Zbella/ The Fertility Experts |
| Buyer (Patient): | Amy Tindal |
| Contract Number: | 594.38.4244 |
| Contract Date: | 7/25/2007 |
| First Payment Date: | 10/1/2007 |
| Number of Payments: | 48 |
| Amount of Payments: | $149.24 |
| Total Cash Price: | $5,000.00 |

You understand that the Seller (Creditor) intends to assign your contract to Reliance Finance Company, LLC (RFC). RFC may purchase the contact at a discounted rate. RFC is not responsible for any financial decisions made by the Buyer (Patient), nor does RFC make any representations concerning or take any responsibility for the results of your surgery. RFC will take any and all actions necessary to collect on any defaults.

| Buyer's Name | Buyer's Signature & Date |
|---|---|
| **Amy Tindal** | _(signature)_ 7-25-07 |
| Co-Buyer's Name | Co-Buyer's Signature & Date |
| **Terry Tindal** | _(signature)_ 7-25-07 |

HC/63972v.2 – Florida RISC
73988-00003-1425544.1



Page 3 of 6

## RETAIL INSTALLMENT CONTRACT
## PHYSICIAN'S SERVICES

(Including Disclosures Under the Truth in Lending Act)

| Contract Assignee: | Seller/Creditor: | Contract Buyer: |
|---|---|---|
| Reliance Finance Company, LLC | Dr. Edward Zbella | Amy & Terry Tindal |
| 8730 Wilshire Blvd. | The Fertility Experts | P.O. Box 1514 |
| Ste. 350 | 2454 Mcmullen Booth Road | Eaton Park, F.L 33840 |
| Beverly Hills, CA 90211 | Clearwater, Fl 33759 | |
| Date:   7/25/2007 | Contract No.:   594384244 | |

In this "Contract," the words "Seller," "we," "us" and "our" refer to the physician identified as the "Seller" above and the words "Buyer," "you" and "your" refer to the patient or other responsible party identified as the "Buyer" above. The Seller is the "creditor" under this Contract.

1.   **Services.** You have agreed to buy the following Physician's Services from us:  Cosmetic Surgery.

2.   **Promise to pay and payment terms:** You promise to pay to us at our order or to our assignee or successor in interest the Total Cash Price of $5,000.00 as described below.  You will pay us a Down Payment of $0.00 and a Prepaid Finance Charge of $ N/A when you enter into this Contract. You will pay the remaining balance of $5,000.00 over time at an annual rate of 18.9% per year from today's date until paid in full. Finance charge will accrue on the remaining balance based on a 365 or 366 day year (as applicable) and on the actual days payments are made. You agree to make 47 monthly payments of $149.24 beginning on 10/1/2007 and on that same day each month thereafter and a final payment of $149.24 on 9/1/2011 (the "Maturity Date").  Because finance charge accrues until payments are made, additional finance charge may accrue on the unpaid principal if you do not make your payment by the payment due date each month.

3.   **Truth in Lending Disclosures.** The following disclosures are provided under the Truth in Lending Act:

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $0.00 |
|---|---|---|---|---|
| 18.9% | $2,163.52 | $5,000.00 | $7,163.52 | $7,163.52 |

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments | Amount of Payments | When payments Are Due |
|---|---|---|
| 47 | $149.24 | Monthly, beginning on 10/1/2007 |
| 1 | $149.24 | Final Installment 9/1/2011 |

**Late Charge:** If a payment is more than 10 days late, you will be charged a late charge of 5% of the payment.

**Prepayment:** If you pay off this Contract early, you will not have to pay a penalty.

**Additional Information:** See your Contract documents for any additional information about nonpayment and default.

All disclosures other than the late charge are estimates.

The foregoing disclosures assume all payments will be made on time and in the proper amounts.  The actual amount you will pay may be more or less if you make payments other than as scheduled.

| Itemization of Amount Financed | | |
|---|---|---|
| (a) | Total Cash Price of Physician's Services: | $5,000.00 |
| (b) | Down Payment: | $0.00 |
| (c) | Prepaid Finance Charge: | $ N/A |
| (d) | Amount Financed (Total Cash Price less Down Payment less Prepaid Finance Charge): | $5,000.00 |

Patient/Buyer's Initials: _A. T._     Co-Buyer's Initials: _T. T._

HC/63972v.2 – Florida RISC
73988-00003-1425544.1



Page 4 of 6

4.     Jury Trial Waiver. YOU, WE AND OUR ASSIGNEE WAIVE ANY RIGHT TO A TRIAL BY JURY TO RESOLVE ANY DISPUTE OR OTHER CLAIM ARISING OUT OF OR RELATING TO THIS CONTRACT, ITS INTERPRETATION OR ITS PERFORMANCE BY YOU, US OR OUR ASSIGNEE.

5.     Assignee. This Contract may be assigned by the Seller to Reliance Finance Company, LLC (the "Company"). You acknowledge and agree that (a) the Seller and the Company are independent contractors, (b) the Company is not an agent of the Seller and the Seller is not an agent of the Company, (c) the Company does not control the Seller, the Seller does not control the Company and the Seller and the Company are not under common control, and (d) this transaction is a credit sale between you and the Seller, and the Company is not making a loan to you. THE COMPANY MAKES NO REPRESENTATIONS OR WARRANTIES EXPRESS OR IMPLIED WITH RESPECT TO THE MEDICAL AND OTHER SERVICES AND PRODUCTS (COLLECTIVELY, THE "SERVICES") PROVIDED BY SELLER, AND THE COMPANY HAS NO RESPONSIBILITY OR LIABILITY FOR SELLER'S PROVISION OF THE SERVICES OR THE QUALITY OR ACCEPTABILITY OF THE SERVICES.

6.     Default; Late Payment Charge. In the event that you shall fail to pay on the due date thereof any monthly installment or the final installment payment, or at any time your breach the terms of this Contract or you file for bankruptcy protection, are insolvent or fail generally to pay your debts when due, you shall be in default hereunder. In the event of default, we may exercise any remedies we may have at law or in equity, including without limitation declaring the outstanding balance of the Contract with accrued and unpaid finance charges thereon and other fees and charges immediately due and payable in full. Without limiting the foregoing, if an installment payment is more than 10 days late, you will be charged a late payment charge equal to 5% of the amount of the late payment. By choosing a remedy, we do not waive our right to later use another remedy. By deciding not to use any remedy, we do not give up our right to consider the event a default if it happens again.

7.     Returned Check Charge. If you make any payment required by this Contract with a check or negotiable instrument that is returned or dishonored, you agree to pay to us a returned check charge equal to the greater of 5% or $25 if the payment is under $50; $30.00 if the payment is over $50 but less than $300.00; and $40.00 if the payment is more than $300.00. The fee will be immediately due and payable. If not paid when due, we will add the fee to your balance and the finance charge will accrue on it.

8.     Cancellation of Services. You may direct us to stop providing the physician services described above to you in the future at any time by providing us with a written notice and waiver in a form acceptable to us. If you cancel future physician services, we will reduce the total cash price to reflect the cash price of the services provided to you prior to your cancellation. You will be required to pay the remaining total cash price subject to the terms and conditions of this Contract.

9.     Miscellaneous.

(a)     Credit Sale. You have been given the opportunity to purchase the physician services described above for the immediate payment of the total cash price set forth above. You have agreed instead to purchase these physician services through installment payments made over time and subject to a finance charge.

(b)     Maximum Rate Permitted by Law. We and our assignee do not intend to charge or collect any finance charge or other fee or charge that is more than the maximum amount permitted for this sale by applicable state or federal law. If you pay a finance charge or other fee or charge that is in excess of any such maximum amount as determined by final judgment of a court, we will instead apply the amount of the excess first to reduce the outstanding balance of the total cash price and accrued but unpaid fees and charges and then refund the remainder if any to you.

(c)     Severability. If any provisions of this contract are determined by final judgment of a court to be unenforceable, such unenforceable provisions shall be severed from the Contract and the remaining provisions of this Contract shall continue in full force and effect.

(d)     Waiver. Presentment, notice of dishonor, protest and demand are hereby waived by you.

(e)     Joint and Several Obligation. If more than one Buyer (including a Co-Buyer) has signed below, each of you acknowledge that your obligations under this Contract are joint and several.

(f)     Limitation on Time to Sue. Any action or proceeding by you to enforce an obligation, duty or right arising under this Contract or by law or equity with respect to us or our assignee must be commenced within one year after the date on which the cause of action accrues.

(g)     Attorneys' Fees. In any action brought to enforce any provision of this Contract, the losing party shall pay the prevailing party's reasonable attorney fees and costs, whether at the trial or appellate level and in any bankruptcy proceeding. If we institute any action to collect amounts due under this Contract, we will be entitled to be reimbursed for our costs of collection, including attorneys' fees, whether or not a lawsuit is filed.

(h)     Binding Effect. This Contract shall bind the parties, their personal representatives, successors and assigns.

Patient/Buyer's Initials: _A. T._          Co-Buyer's Initials: _I. T._

HC763972v.2 – Florida RISC
73988-00003-1425544.1



Page 5 of 6

## NOTICE

ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

## AUTHORIZATION TO CHARGE ACCOUNT(S)

If Buyer is in default on this Contract for more than 10 days, Buyer authorizes Reliance Finance Company, LLC, (Assignee of this Contract), to charge Buyer's credit card and/or debit Buyer's checking account, as an alternative source of payment, the amount of the payment that is late, including the applicable late charge, where permitted by law. In the event Assignee charges Buyer's credit card and/or debit Buyer's checking account, Buyer will not dispute the charge. If buyer continues in default of this Contract for nonpayment, subject to applicable state notice and cure period requirements, Assignee may charge Buyer's credit card and/or debit buyer's checking account the total balance of the unpaid principal, accrued and unpaid finance charge, unpaid late payment charges, and returned check charges due on this Contract, as permitted by law. Assignee's exercise of this right is subject to Buyer's bona fide dispute rights.

## NOTICE TO BUYER

1. Do not sign this Contract before you read it or if it contains any blank spaces. 2. You are entitled to an exact copy of the Contract you sign. 3. You can prepay the full amount due under this Contract at any time. 4. If you desire to pay off in advance the full amount due, the amount which is outstanding will be furnished upon request.

Florida documentary stamp tax required by law in the amount of $17.50 has been paid or will be paid directly to the Department of Revenue. Certificate of Registration No. 327097.

## ACKNOWLEDGEMENT

You acknowledge that before signing this Contract that you have read this entire Contract and received a legible, completely filled-in copy of this Contract and all other documents you have signed. Keep your copy of this Contract with your records as it sets forth the terms and conditions of this transaction.

Patient/Buyer's Signature: _Amy Weldon Tindal_   Co-Buyer's Signature: _____

Seller's Name: _____   Seller's Signature: _____

STATE OF _Fl_   )
                )  ss.
COUNTY OF _Polk_  )

On _August 2nd_, 2007, before me, _Alberto L. Negron_, Notary Public, personally appeared _Amy Tindall & Terry Tindal_, personally known to me OR proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.   _____

Notary Public

HC:63972v.2 – Florida RISC
73988-00003-1425544.1

NOTARY PUBLIC-STATE OF FLORIDA
Alberto L. Negron
Commission # DD493116
Expires: JAN. 04, 2010
Bonded Thru Atlantic Bonding Co., Inc.

Reliance

[To be read and signed by cosigner before signing the RISC]

## NOTICE TO COSIGNER

You are being asked to guarantee this debt. Think carefully before you do. If the borrower doesn't pay the debt you will have to. Be sure you can afford to pay if you have to, and that you want to accept this responsibility.

You may have to pay up to the full amount of the total debt if the borrower does not pay. You may also have to pay late fees or collection costs, which increase this amount.

The creditor can collect this debt from you without first trying to collect from the borrower. The creditor can use the same collection methods against you that can be used against the borrower, such as suing you in Los Angeles County, garnishing your wages, levying your bank account, etc. If this debt is ever in default, the fact may become a part of your credit record.

## NOTICE OF JURISDICTION

Reliance Finance Company, LLC (Assignee of the contract) performs all work and transactions in Los Angeles, California. Both parties agree to any issue arising from this contract including but limited to clauses, performance and repayments are governed by California law. If any issues arise both parties agree to any and all court proceeding to take place in Los Angeles County.

Both parties expressly consent to the exclusive jurisdiction and venue in the state of California and local and federal courts located in Los Angeles California for any action brought by either party to interpret or enforce any provision of this agreement.

This notice is not the contract that makes you liable for the debt.

I acknowledge I have read and received this Notice to Cosigner.

Date: 7-25-07                    Signature:

AUG-14-2007 11:29A FROM:FLORIDA FERTILITY IN (727)796-8764          TO:13105510989          P.2



**Reliance** Finance Company

# Completion Statement and Assignment

Date: 8/14/2007    Physician's name: Dr. Zbella    Practice name: The Fertility Experts

Buyer's (patient's) name: Amy Tindal  Date on which physician's service was completed: 8/31/07

Contract date: 7/25/2007   Contract amount financed: $5000.00   Contract purchase price: $5000.00

Pay out to Physician $5000.00

**Requested payment method:**

☒ By check via priority mail (no additional charge).

☐ By American Express.

☐ By check via Federal Express or other overnight courier (a $18.00 courier charge will be deducted from the Contract purchase price).

☐ By wire transfer to the bank account identified below (a $25.00 wire transfer charge will be deducted from the Contract purchase price, and your bank may also impose a fee for a wire transfer).

Bank name_____ Bank address_____

Name on account_____ Account no._____

9 digit ABA routing no._____

Reliance will retain the foregoing account information for use in connection with future payments where Provider requests payment by wire transfer unless Reliance is directed in writing on this form or otherwise by Provider not to retain and use the information for this purpose.

To:    Reliance Finance Company, LLC ("Reliance")

1.    For value received, and upon and subject to the approval of the sale by Reliance, the physician identified above ("Provider") hereby sells, assigns and transfers to Reliance all of Provider's right, title and interest in and to the Physician Services Installment Sale Contract identified above (the "Contract"), including without limitation all payments and/or collections thereon and all additions thereto, substitutions therefor and proceeds thereof. Provider understands and agrees that no sale of the Contract shall occur unless and until Reliance approves the sale and such approval is indicated by Reliance below. Provider represents and warrants that it has attached hereto the original Contract and originals or copies of all other writings and business records pertinent thereto, all in compliance with requirements and policies issued by Reliance from time to time.

2.    Upon and subject to the approval of the sale by Reliance, Reliance shall pay the Contract purchase price indicated above to Provider (less any deductions for transmission of the purchase price by overnight courier or wire transfer if selected by Provider above), and Provider requests that the Contract purchase price be paid to Provider in the manner indicated above as full payment for the Contract.

3.    Provider confirms, represents and warrants to Reliance that the physician services described in the Contract (the "Services") were fully completed as of the date set forth above and the Services were properly performed in compliance with all applicable standards of care. Provider (a) further represents and warrants that the Contract satisfies the requirements of Section 2 of the Health Care Provider Agreement between Provider and Reliance (the "Agreement") and (b) makes each of the representations and warranties set forth in Section 5 of the Agreement with respect to the Contract.

In witness whereof, Provider has executed this Completion Statement and Assignment as of the date first written above.

**Physician's Signature:**

_Szbella_

APPROVAL OF SALE

Reliance Finance Company, LLC ("Reliance")

By_____

Title_____

Date_____8-15-07_____

**Please fax back to 310-551-0989**

# *RELIANCE FINANCE COMPANY*

PAGE NO 1

LOANRP16.R01

12121 Wilshire Blvd 1240 Los Angeles CA 90025 (800) 322-6377

**11/01/19 12:24:38**

| | |
|---|---|
| Account Number | 00010031 |
| Account Name | Amy & Terry Tindal |
| Address | 148 CHAUCER LN |
| City/State/Zip | WINTER HAVEN FL 33884 |
| Home Phone | (863) 660-4029 / (863) 661-7382 |

### IMPOUND BALANCES

| IMP0 | IMP1 | IMP2 | IMP3 | IMP4 |
|---|---|---|---|---|
| 22.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### PAYMENT SCHEDULE

| Date Received | Paid To | Amount Received | Total Impounds | Late Charge | NSF Paid | Interest Charge | Prin Applied | Prin Balance |
|---|---|---|---|---|---|---|---|---|
| 08/01/07 | 08/01/07 | | | | | | | 5000.00 |
| 10/01/07 | 10/01/07 | 150.00 | | | | 150.00 | | 5000.00 |
| 11/01/07 | 11/01/07 | 150.00 | | | | 88.19 | 61.81 | 4938.19 |
| 11/30/07 | 12/01/07 | 150.00 | | | | 74.15 | 75.85 | 4862.34 |
| 12/31/07 | 01/01/08 | 150.00 | | | | 78.05 | 71.95 | 4790.39 |
| 01/25/08 | 02/01/08 | 150.00 | | | | 62.01 | 87.99 | 4702.40 |
| 03/05/08 | 03/01/08 | 150.00 | | | | 97.40 | 52.60 | 4649.80 |
| 04/02/08 | 04/01/08 | 150.00 | | | | 67.42 | 82.58 | 4567.22 |
| 04/28/08 | 05/01/08 | 150.00 | | | | 61.49 | 88.51 | 4478.71 |
| 06/09/08 | 06/01/08 | 150.00 | | | | 97.40 | 52.60 | 4426.11 |
| 07/07/08 | 07/01/08 | 150.00 | | | | 64.17 | 85.83 | 4340.28 |
| 08/05/08 | 08/01/08 | 150.00 | | | | 65.18 | 84.82 | 4255.46 |
| 09/10/08 | 09/01/08 | 150.00 | | | | 79.33 | 70.67 | 4184.79 |
| 09/30/08 | 10/01/08 | 150.00 | | | | 43.34 | 106.66 | 4078.13 |
| 10/31/08 | 11/01/08 | 150.00 | | | | 65.46 | 84.54 | 3993.59 |
| 12/02/08 | 12/01/08 | 149.24 | | | | 66.17 | 83.07 | 3910.52 |
| 11/30/15 | 05/01/10 | 100.00 | | | | 100.00 | | 2454.67 |
| 12/28/15 | 06/01/10 | 100.00 | | | | 100.00 | | 2454.67 |
| 01/25/16 | 07/01/10 | 100.00 | | | | 100.00 | | 2454.67 |
| 02/25/16 | 08/01/10 | 100.00 | | | | 100.00 | | 2454.67 |
| 04/01/16 | 09/01/10 | 100.00 | | 7.45 | | 92.55 | | 2454.67 |
| 06/27/16 | 10/01/10 | 88.48 | | | | 88.48 | | 2454.67 |
| 07/25/16 | 11/01/10 | 100.00 | | | | 100.00 | | 2454.67 |
| 09/29/16 | 12/01/10 | 100.00 | | | | 100.00 | | 2454.67 |
| 11/01/16 | 01/01/11 | 100.00 | | | | 100.00 | | 2454.67 |
| 01/05/17 | 02/01/11 | 100.00 | | | | 100.00 | | 2454.67 |
| 03/24/17 | 03/01/11 | 14.84 | | | | 14.84 | | 2454.67 |
| 04/25/17 | 04/01/11 | 100.00 | | | | 100.00 | | 2454.67 |
| 05/25/17 | 05/01/11 | 100.00 | | | | 100.00 | | 2454.67 |
| 08/09/18 | 06/01/11 | 80.81 | | 7.45 | | 73.36 | | 2454.67 |

# *RELIANCE FINANCE COMPANY*

PAGE NO 2
LOANRP16.R01

12121 Wilshire Blvd 1240 Los Angeles CA 90025 (800) 322-6377
Tindal, Amy & Terry
11/01/19 12:24:38

## PAYMENT SCHEDULE

| Date Received | Paid To | Amount Received | Total Impounds | Late Charge | NSF Paid | Interest Charge | Prin Applied | Prin Balance |
|---|---|---|---|---|---|---|---|---|
| 09/14/18 | 07/01/11 | 50.00 | | 50.00 | | | | 2454.67 |
| 10/15/18 | 08/01/11 | 50.00 | | 50.00 | | | | 2454.67 |
| 11/13/18 | 09/01/11 | 50.00 | | 50.00 | | | | 2454.67 |
| 11/30/18 | 10/01/11 | 50.00 | | 50.00 | | | | 2454.67 |
| 12/13/18 | 11/01/11 | 50.00 | | 50.00 | | | | 2454.67 |
| 12/28/18 | 12/01/11 | 50.00 | | 50.00 | | | | 2454.67 |
| 01/15/19 | 01/01/12 | 50.00 | | 7.45 | | 42.55 | | 2454.67 |
| 01/29/19 | 02/01/12 | 50.00 | | 7.45 | | 42.55 | | 2454.67 |
| 02/14/19 | 03/01/12 | 50.00 | | 7.45 | | 42.55 | | 2454.67 |
| 03/15/19 | 04/01/12 | 50.00 | | 7.45 | | 42.55 | | 2454.67 |
| 04/15/19 | 05/01/12 | 50.00 | | 7.45 | | 42.55 | | 2454.67 |
| 04/29/19 | 06/01/12 | 50.00 | | 7.45 | | 42.55 | | 2454.67 |
| 05/14/19 | 07/01/12 | 50.00 | | 7.45 | | 42.55 | | 2454.67 |
| 05/28/19 | 08/01/12 | 50.00 | | 7.45 | | 42.55 | | 2454.67 |

| TOTALS: | Amounts Received | Impounds | Late Charges | NSF | Interest | Principal |
|---|---|---|---|---|---|---|
| | 4233.37 | | 374.50 | | 2769.39 | 1089.48 |