UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| TERRY TINDAL, | } | Case No. 8:19-cv-02907-JSM-JSS |
| PLAINTIFF | } | |
| | } | |
| v. | } | |
| | } | |
| DEFENSE TAX GROUP INC.; | } | |
| RELIANCE MEDICAL FINANCE, LLC;   and | } | |
| CHRISTOPHER MARTIN SOLTON | } | |
| _____/ | | |

## MOTION TO STRIKE ANSWER [DE 4]

Plaintiff TERRY TINDAL hereby moves to strike Defendant CHRISTOPHER MARTIN SOLTON's ("SOLTON") answer filed [DE 4] and in support thereof submits the following:

1. Fed. R. Civ. P. 8(b)(1) sets forth the requirement for how a response to a pleading must be made.  It requires a defendant "state in short and plain terms its defenses to each claim asserted against it; and admit or deny the allegations asserted against it by an opposing party."

2. SOLTON's answer filed [DE 4] does not fit the requirements described in paragraph 1, above.

3. SOLTON does not give any indication that he intends to issue a general denial.

4. Additionally, SOLTON's answer appears to answer on behalf of Defendant RELIANCE MEDICAL FINANCE, LLC.  Local Rule 2.03(e) states that "A corporation may appear and be heard only through counsel admitted to practice in the Court pursuant to Rule 2.01 or Rule 2.02." SOLTON is not an attorney admitted to practice in this court and therefore cannot appear on behalf of a corporation.  Neither can SOLTON appear on behalf of Defendant DEFENSE TAX GROUP INC for the same reason.

5. As such, SOLTON's answer should be struck.

6. Notwithstanding the above, SOLTON's answer contains several allegations that may be better served in a motion to dismiss or a motion for summary judgment properly filed by counsel for the Defendant corporations or by himself or his counsel for the lawsuit against himself in his individual capacity.

7. Plaintiff has a myriad of substantive responses to SOLTON's allegations, and will be willing to raise them upon SOLTON's filing of a proper motion.

8. Plaintiff requests that if the court intends to convert SOLTON's answer to a motion to dismiss or a motion for summary judgment, that Plaintiff be so warned beforehand and given the opportunity to substantively respond.

WHEREFORE, Plaintiff hereby requests this court enter an order striking SOLTON's answer [DE 4] and granting any other relief as the court deems appropriate under the circumstances.

    Respectfully submitted this 13th day of January, 2020,

    By Plaintiff's attorney: /s/ Nicholas Michael Murado
    Nicholas Michael Murado
    Florida Bar # 102769
    Murado Law, P.A.
    2010 S.W. 99th Avenue
    Miramar, Florida, 33025
    Telephone: 754-816-2196
    E-mail: muradolaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was sent via CM/ECF and via U.S. mail to all interested parties not in the CM/ECF system, specifically the following, at the address at which they were served with process in the instant case:

Defense Tax Group Inc.
12121 Wilshire Boulevard, Suite 207
Los Angeles, California, 90025

Reliance Medical Finance, LLC
12121 Wilshire Boulevard, Suite 207
Los Angeles, California, 90025

Christopher Martin Solton
12121 Wilshire Boulevard, Suite 207
Los Angeles, California, 90025

    By Plaintiff's attorney: /s/ Nicholas Michael Murado
    Nicholas Michael Murado
    Florida Bar # 102769
    Murado Law, P.A.
    2010 S.W. 99th Avenue
    Miramar, Florida, 33025
    Telephone: 754-816-2196
    E-mail: muradolaw@gmail.com