AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18:19-CV-2907-T-30055

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Christopher Martin Solton
was received by me on *(date)* 12/19/2019 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: 1/03/2020 at 1:15 pm- I substitute served under California Civil Code of Procedure 415.20 by serving Karen "Doe". I thereafter mailed a copy of the documents from the USPS, via first class mail, postage prepaid, from Los Angeles, CA on 1/4/2020.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/15/2020

*Susan Maralit* (signature)
*Server's signature*

Susan Maralit, Reg. #2017347942
*Printed name and title*

L.A. Process Servers
1439 N. Highland Ave., #274
Los Angeles, CA 90028
*Server's address*

Additional information regarding attempted service, etc:
12/24/2019 9:13 am- door locked, no answer at door.
12/30/2019 1:00 pm- office closed and door locked.
1/03/2020 1:15 pm- subject not in at this time.

Also served complaint