AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18:19-CV-2907-T-30055

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Defense Tax Group Inc.
was received by me on *(date)* 12/19/2019.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: 12/23/2019 at 1:47 pm - I substitute served Karen "Doe" under CCP 416.10 to person in charge of the office at the time of service and then a mailing was done on 12/24/2019 from USPS via first class mail, postage pre paid, to Chris Martin Solton, registered agent.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 01/15/2020

*Server's signature*

Susan Maralit, Reg. #2017347942
*Printed name and title*

L.A. Process Servers
1439 N. Highland Ave., #274
Los Angeles, CA 90028
*Server's address*

Additional information regarding attempted service, etc:
Also served complaint