AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:19-CV-2907-T-30JSS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Christopher Martin Solton
was received by me on *(date)* 12/19/2019

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* 1/03/2020 1:15PM at business address: 12121 Wilshire Blvd., #207, L.A., CA 90025, I substitute served Karen "Doe" (female, Hispanic, black hair, brown eyes, about 5'4", around 128 lbs., glasses, mid to late 30's.) Receptionist, under CCP 416.10 to person in charge of the office at the time of service who stated she is authorized to accept service on behalf of Christopher Martin Solton at his usual place of business. Karen "Doe" refused to give her last name. Mailing was done on 1/03/2020 from USPS via first class mail, postage prepaid, to Christopher Martin Solton at his usual place of business.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 09/15/2020

*Server's signature*

Susan Maralit, Reg. #2017347942
*Printed name and title*

Los Angeles Process Servers (323) 508-1711
1439 N. Highland Ave., #274
Los Angeles, CA 90028
*Server's address*

Additional information regarding attempted service, etc: Also served complaint.
12121 Wilshire Blvd., #207, L.A., CA 90025:
12/19/2019 at 10:11 am - attempted to serve Christopher Martin Solton at his business office but the office was locked and closed at this time.
12/20/2019 at 2:31 pm - attempted to serve Christopher Martin Solton at his business office but the office was locked and closed at this time.
12/24/2019 at 9:13 am - attempted to serve Christopher Martin Solton at his business office but the office was locked and closed at this time.
12/30/2019 at 1:00 pm - attempted to serve Christopher Martin Solton at his business office but the office was locked and closed at this time.
1/03/2020 at 1:15 pm - attempted to serve Christopher Martin Solton at his business office. Per Karen "Doe", person apparently in charge, Christopher is not in at this time.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:19-CV-2907-T-30JSS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Defense Tax Group Inc.
was received by me on *(date)* 12/19/2019

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☑ Other *(specify)*: 12/23/2019 1:47PM at business address: 12121 Wilshire Blvd., #207, L.A., CA 90025, I substitute served Karen "Doe" (female, Hispanic, black hair, brown eyes, about 5'4", around 128 lbs., glasses, mid to late 30's.) Receptionist, under CCP 416.10 as person in charge of the office at the time of service who stated she is authorized to accept service on behalf of Defense Tax Group Inc. Karen "Doe" refused to give her last name. Mailing was done on 12/24/2019 from USPS via first class mail, postage prepaid, to Christopher Martin Solton as an officer for Defense Tax Group Inc. authorized to receive service.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 09/15/2020

*Server's signature*

Susan Maralit, Reg. #2017347942
*Printed name and title*

Los Angeles Process Servers (323) 508-1711
1439 N. Highland Ave., #274
Los Angeles, CA 90028
*Server's address*

Additional information regarding attempted service, etc: Also served complaint.
12121 Wilshire Blvd., #207, L.A., CA 90025:
12/19/2019 at 10:11 am - attempted to serve Christopher Martin Solton at his business office but the office was locked and closed at this time.
12/20/2019 at 2:31 pm - attempted to serve Christopher Martin Solton at his business office but the office was locked and closed at this time.
12/23/2019 at 1:47 pm - attempted to serve Christopher Martin Solton at his business office. Per Karen "Doe", person apparently in charge, Christopher is not in at this time.

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:19-CV-2907-T-30JSS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Reliance Medical Finance, LLC

was received by me on *(date)*   12/19/2019

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: 12/23/2019 1:47PM at business address: 12121 Wilshire Blvd., #207, L.A., CA 90025, I substitute served Karen "Doe" (female, Hispanic, black hair, brown eyes, about 5'4", around 128 lbs., glasses, mid to late 30's.) Receptionist, under CCP 416.10 to person in charge of the office at the time of service who stated she is authorized to accept service on behalf of Reliance Medical Finance, LLC. Karen "Doe" refused to give her last name. Mailing was done on 12/24/2019 from USPS via first class mail, postage prepaid, to Christopher Martin Solton as an officer for Reliance Medical Finance LLC authorized to receive service.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:   09/15/2020

*Susan Maralit* (signature)
*Server's signature*

Susan Maralit, Reg. #2017347942
*Printed name and title*

Los Angeles Process Servers (323) 508-1711
1439 N. Highland Ave., #274
Los Angeles, CA 90028
*Server's address*

Additional information regarding attempted service, etc: Also served complaint.
12121 Wilshire Blvd., #207, L.A., CA 90025:
12/19/2019 at 10:11 am - attempted to serve Christopher Martin Solton at his business office but the office was locked and closed at this time.
12/20/2019 at 2:31pm - attempted to serve Christopher Martin Solton at his business office but the office was locked and closed at this time.
12/23/2019 at 1:47 pm - attempted to serve Christopher Martin Solton at his business office. Per Karen "Doe", person apparently in charge, Christopher is not in at this time.