UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY TINDAL,

      Plaintiff,

v.                                                                    Case No: 8:19-cv-2907-JSS

DEFENSE TAX GROUP INC.,
RELIANCE MEDICAL FINANCE,
LLC and CHRISTOPHER MARTIN
SOLTON,

      Defendants.
_____/

## **ORDER**

Defendant Solton filed his Motion for Clarification and Instruction and for Extension of Time or In the Alternative Motion for Limited Instruction and for Protective Order Under Fed. R. Civ. P. 26(c) (Motion) (Dkt. 67) seeking to limit the scope of discovery the court previously granted (Dkt. 66). Plaintiff opposes the Motion (Dkt. 69). On May 19, 2022, the court held a hearing on the Motion. Upon consideration and for the reasons stated at the hearing and set forth below, it is **ORDERED**:

1. Defendant's Motion (Dkt. 67) is **DENIED**, except that the scope of the discovery pertaining to Requests for Production Nos. 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 16, 17, and 19 shall be from January 1, 2007, to the present. *See Mfrs. Alliance Ins. Co. v. Brencorp, Inc.*, No. 4:15-cv-0140-HLM, 2016 WL

11745984, at *7 (N.D. Ga. Aug. 3, 2016) (granting motion to compel and finding a three-year window, which encompassed the period of time before a corporation dissolved, sufficient for the plaintiff to conduct alter ego discovery).

2. Defendant Solton is directed to supplement his response to Plaintiff's Requests for these items and continue to comply with this court's prior order (Dkt. 66). Defendant Solton shall produce responsive documents in his possession, custody, or control or indicate that the documents do not exist on or before June 3, 2022.

**ORDERED** in Tampa, Florida, on May 19, 2022.

_____

JULIE S. SNEED

UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record