UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY TINDAL,

      Plaintiff,

v.                                  Case No: 8:19-cv-2907-JSS

DEFENSE TAX GROUP INC.,
RELIANCE MEDICAL FINANCE,
LLC and CHRISTOPHER MARTIN
SOLTON,

      Defendants.
_____/

## **ORDER**

Defendant and his counsel have filed several motions. In the first Motion, Defendant Christopher M. Solton seeks clarification of this court's prior order compelling discovery. (Dkt. 79.) However, the court previously held a hearing on Defendant's first motion for clarification, provided additional instruction, and directed Defendant to supplement his response to Plaintiff's requests and comply with this courts prior order (Dkt. 66). *See* (Dkt. 74.) As such, no further clarification is required. Accordingly, Defendant Christopher M. Solton's Motion for Clarification and Instruction (Dkt. 79) is **DENIED**. Defendant Solton is again directed to supplement his response to Plaintiff's Requests and continue to comply with this court's prior orders (Dkts. 66, 74).

Additionally, Defendant Christopher M. Solton's counsel, Eric W. Smith, moves for leave to withdraw as counsel of record in this matter pursuant to Middle

District of Florida Local Rule 2.02.  (Dkt. 80.)  The court finds that the requirements of Middle District of Florida Local Rule 2.02(c) have been satisfied.  Accordingly:

1.    The Motion to Withdraw as Counsel of Record for Defendant Christopher M. Solton (Dkt. 80) is **GRANTED**.

2.    The Clerk is directed to terminate attorney Eric W. Smith as counsel of record for Defendant Christopher M. Solton.  Eric W. Smith is relieved of any further responsibility to represent Defendant Christopher M. Solton in this case.

3.    Defendant Christopher M. Solton is granted 30 days to find new counsel. If Defendant fails to retain new counsel, he will proceed *pro se* in this action.  M.D. Fla. Local R. 2.02(c)(4).

4.    In the interim, all correspondence, pleadings, notices, and papers shall be sent to Defendant Christopher M. Solton at 124 Montana Avenue, Santa Monica, CA 90403.

5.    Nothing in this order shall be construed to relieve Defendant Christopher M. Solton of his continuing obligation to comply with the Federal Rules of Civil Procedure, the Local Rules of the Middle District of Florida, and the orders of this court.

6.    Eric W. Smith shall provide the court with Defendant Christopher M. Solton's telephone number as required by Local Rule 2.02(c)(1)(B)(ii) within **five (5) days** of the date of this order.

- 3 -

7.      Eric W. Smith shall also provide Defendant Christopher M. Solton with a copy of this order within **five (5) days**.

8.      In light of the rulings above, Plaintiff's Motion to Further Enforce the Court's Multiple Orders (Dkt. 78) is **DENIED** without prejudice.  The court will hold a discovery status conference in this case in August 2022, whereby Plaintiff may renew any of his arguments, to the extent they are applicable.   The status conference will noticed in a separate order.

**DONE** and **ORDERED** in Tampa, Florida, on July 5, 2022.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented parties